IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

MONROE E. BULLOCK,
      Plaintiff,

v.

COUNSELOR GARY BUCK, et al,
      Defendants.

C.A. No. 12-248 Erie

## MEMORANDUM ORDER

      This prisoner civil rights action was received by the Clerk of Court on October 17, 2012, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on October 21, 2013, recommended that Defendants' motion to dismiss, or in the alternative, motion for summary judgment (Dkt. 19) be granted, and that the case be dismissed. Service was made on Plaintiff by mail at FCI Loretto, where he is incarcerated, and on Defendants. Objections were filed by the Plaintiff on November 4, 2013. After de novo review of the petition and documents in the case, together with the report and recommendation and objections thereto, the following order is entered:

      AND NOW, this 8th Day of November, 2013;

      IT IS HEREBY ORDERED that Defendants' motion to dismiss, or in the alternative, motion for summary judgment (Dkt. 19) is GRANTED. The Clerk of Court is directed to close this case.

The report and recommendation of Magistrate Judge Baxter, dated October 21, 2013, is adopted as the opinion of the court.

11-8-13

MARK R. HORNAK
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record